RECEIVED
IN MONROE, LA
MAY 3 1 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

UNITED STATES OF AMERICA

VS.

MONICA D. TATUM MCWILLIAMS

CRIMINAL NO. 05-30044-01

JUDGE JAMES
MAGISTRATE JUDGE HAYES

## O R D E R

Considering the foregoing "Motion to Exempt Both Case Agents from the Rule of Sequestration," the Court hereby finds that pursuant to F.R.E. 615, both agents are "essential to the presentation of the party's cause" and are therefore both exempted from the Rule of Sequestration.

Thus done and signed this \_\_\_30\_\_\_ day of \_\_\_May\_\_\_, 2006.

_____
ROBERT G. JAMES
United States District Judge