

RECEIVED
IN MONROE, LA
NOV 05 2010
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 05-30044 |
| VERSUS | JUDGE ROBERT G. JAMES |
| MONICA D. TATUM MCWILLIAMS | MAG. JUDGE KAREN L. HAYES |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Petitioner's motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 [Doc. No. 147] be **DENIED**.

MONROE, LOUISIANA, this 4 day of November, 2010.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE